# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**YVETTE LYNNA KAHLE,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-1730-Orl-31GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on the Complaint (Doc. No. 1) filed by Plaintiff on November 22, 2010, to appeal the final decision of the Commissioner of Social Security (the Commissioner) denying her application for benefits.

On February 10, 2012, the United States Magistrate Judge issued a report (Doc. No. 22) recommending that the decision of the Commissioner be reversed and the case be remanded. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The decision of the Commissioner is **REVERSED** and the case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is directed to enter judgment in accordance with this order and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 27th day of February, 2012.

Copies furnished to:

United States Magistrate Judge  
Counsel of Record  
Unrepresented Party

_____  
GREGORY A. PRESNELL  
UNITED STATES DISTRICT JUDGE